394 P.3d 791

CITIMORTGAGE INC.,
Plaintiff-Appellee,

v.

Diane Elizabeth MATHER-GEMELLI
A.K.A. Diane Elizabeth Mather,
Defendant-Appellant,

and

Brentwood Associates, LLC; Karen Mary
Schaefer, Defendants-Appellees

and

John and Mary Does 1-20; Doe Part-
nerships, Corporations or other
Entities 1-20, Defendants

NO. CAAP-15-0000707

Intermediate Court of Appeals of Hawai'i.

May 17, 2017

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 14-
1-1218)

SUMMARY DISPOSITION ORDER

Denied.

■

394 P.3d 791

STATE of Hawai'i, Plaintiff-Appellee,

v.

Mark Dennis CAIRES, Defendant-
Appellant (CR. NO. 13-1-
0955(2))

State of Hawai'i, Plaintiff-Appellee

v.

Mark D. Caires, Defendant-Appellant
(CR. NO. 14-1-0040(2))

and

NO. CAAP-14-0001180

Intermediate Court of Appeals of Hawai'i.

May 18, 2017

APPEAL FROM THE CIRCUIT COURT
OF THE SECOND CIRCUIT

SUMMARY DISPOSITION ORDER

Affirmed.